No. 128. McADEN *v.* FLORIDA. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Patrick C. Whitaker, Charles F. Blake*

724

and *Thomas P. Whitaker* for petitioner. *J. Tom Watson,* Attorney General of Florida, for respondent.

